No. 72–71.  HILLIARD ET AL. *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 72–73.  KLEVE *v.* RETAIL CREDIT Co.  Sup. Ct. Ohio.  Certiorari denied.

No. 72–80.  HELTSLEY ET AL. *v.* DISTRICT No. 23, UNITED MINE WORKERS OF AMERICA, ET AL.  Ct. App. Ky.  Certiorari denied.

No. 72–85.  QUINTANA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 72–87.  HARRIS ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–89.  CARTER ET AL. *v.* CITY OF FORT WORTH ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 72–94.  JACQUES *v.* LOUISIANA STATE BAR ASSN.  Sup. Ct. La.  Certiorari denied.

No. 72–98.  SCHNEIDER ET AL. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 72–99.  LUTHER *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 72–101.  AVENI *v.* RICHMAN, TRUSTEE IN BANKRUPTCY.  C. A. 6th Cir.  Certiorari denied.

No. 72–102.  AUNT MID, INC. *v.* FJELL-ORANJE LINES ET AL.  C. A. 7th Cir.  Certiorari denied.